IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                                          No. 5:99-CR-026-01

BARBARA STONE

## SATISFACTION OF JUDGMENT AND RELEASE OF JUDGMENT LIEN

Judgment was entered against the defendant, in the above-entitled cause in the United

States District Court, for the Northern District of Texas under case number 5:99-CR-026-01.

The judgment in the amount of $4527.00 has been paid or otherwise satisfied. The Clerk of the

United States District Court is hereby authorized to release this judgment of record.  The lien

recorded in Lubbock County, Texas in book 89, page 112 on August 26, 1999 is hereby released.


Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

*/s/ Mark J. Tindall*
MARK J. TINDALL
Assistant United States Attorney
Texas Bar No. 24071364
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Telephone:  214-659-8751
Mark.Tindall@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that in accordance with Fed. R. Civ. P. 5, LR 5.1, and Fed. R. Crim. P. 49, LCrR 49.2, and the Miscellaneous Order on Electronic Case Filing (ECF), the following document:

United States' Satisfaction of Judgment and Release of Lien

was served pursuant to the district court's ECF system. An original release of judgment lien for recording in each county was sent by first-class mail on December 9, 2016 to the following non-ECF filers:

BARBARA STONE
LUBBOCK, TX 79414-4715
*Defendant*

*/s/ Mark J. Tindall*
MARK J. TINDALL
Assistant United States Attorney